# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# EASTERN DIVISION

| | |
|---|---|
| KENNETH TRUEX, | ) |
| Plaintiff, | ) Case No. EDCV 09-2006 AJW |
| v. | ) J U D G M E N T |
| MICHAEL J. ASTRUE, Commissioner of the Social Security Administration, | ) |
| Defendant. | ) |

**IT IS ADJUDGED** that defendant's decision is reversed, and the case is remanded to the Commissioner for further administrative proceedings consistent with the Memorandum of Decision filed concurrently herewith.

December 29, 2010

_____
ANDREW J. WISTRICH
United States Magistrate Judge